NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: NIMITZ TECHNOLOGIES LLC,**
*Petitioner*

---

2023-103

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in Nos. 1:21-cv-01247-CFC, 1:21-cv-01362-CFC, 1:21-cv-01855-CFC, and 1:22-cv-00413-CFC, Chief Judge Colm F. Connolly.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Nimitz Technologies, LLC submits a petition for a writ of mandamus reversing the United States District Court for the District of Delaware's November 10, 2022, order for certain documents to be produced to the district court.

Upon consideration thereof,

IT IS ORDERED THAT:

Defendants CNET Media, Inc., Bloomberg L.P.; BuzzFeed, Inc.; and Imagine Learning, Inc. are directed to respond to the petition no later than November 30, 2022, whether defendants fully defend, partly defend, or decline to defend the challenged order. Any reply from petitioner to defendants' filing is due no later than three business days after defendants' response is filed or, if that date falls on November 24–27, 2022, on December 5, 2022. The challenged order is stayed pending further action of this court.

FOR THE COURT

November 17, 2022                /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court