# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Chambers of
Colm F. Connolly
Chief Judge



Unit 31
844 N. King Street
U.S. Courthouse
Wilmington, Delaware 19801
(302) 573-6310

December 2, 2022

**VIA ELECTRONIC MAIL**
Peter R. Marksteiner
Clerk of Court
United States Court of Appeals for the
Federal Circuit
717 Madison Place, NW, Suite 401
Washington, DC 20439

RE: In re: Nimitz Technologies LLC
Case No. 23-00103

Dear Mr. Marksteiner:

    Chief Judge Connolly respectfully requests that the United States Court of Appeals for the Federal Circuit take notice of the enclosed Memorandum that was issued in the following cases on November 30, 2022: *Nimitz Technologies LLC v. CNET Media, Inc.*, Civ. No. 21-1247, D.I. 32; *Nimitz Technologies LLC v. Buzzfeed, Inc.*, Civ. No. 21-1362, D.I. 26; *Nimitz Technologies LLC v. Imagine Learning, Inc.*, Civ. No. 21-1855, D.I. 27; *Nimitz Technologies LLC v. Bloomberg L.P.*, Civ. No. 22-413, D.I. 23. A redacted copy of this letter (removing your email address) has been docketed in these four cases.

Respectfully,

Katie M. Davis
Deputy Clerk
Chief Judge Colm F. Connolly
United States District Court
District of Delaware

/kmd

Enclosure