NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: NIMITZ TECHNOLOGIES LLC,**
*Petitioner*

2023-103

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in Nos. 1:21-cv-01247-CFC, 1:21-cv-01362-CFC, 1:21-cv-01855-CFC, 1:22-cv-00413-CFC, Chief Judge Colm F. Connolly.

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

Nimitz Technology LLC filed a combined petition for panel rehearing and rehearing en banc. The petition was

---

[1] Circuit Judge Cunningham and Circuit Judge Stark did not participate.

referred to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

January 31, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court