NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: NIMITZ TECHNOLOGIES LLC,**
*Petitioner*

2023-103

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in Nos. 1:21-cv-01247-CFC, 1:21-cv-01362-CFC, 1:21-cv-01855-CFC, and 1:22-cv-00413-CFC, Chief Judge Colm F. Connolly.

**ON PETITION AND MOTION**

Before LOURIE, REYNA, and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Nimitz Technologies LLC ("Nimitz") "moves the Court to stay issuing the mandate" regarding the court's denial of Nimitz's petition for a writ of mandamus. Mot. at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

                                              FOR THE COURT

February 7, 2023                /s/ Peter R. Marksteiner
     Date                        Peter R. Marksteiner
                                      Clerk of Court